COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FLAVIA OCHOA, | § | |
| | | No. 08-08-00170-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 346th Judicial District Court |
| | § | |
| BRUCE FOODS CORPORATION AND | | of El Paso County, Texas |
| TEODORE DELGADO, | § | |
| | | (TC#2006-5621) |
| Appellees. | § | |

## MEMORANDUM  OPINION

Pending before the Court is a joint motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a).  The parties represent to the Court that they have settled all of the claims and causes of action pending in the lawsuit below and have agreed to dismiss the appeal.  The parties have complied with the requirements of Rule 42.1(a)(2).

We have considered the cause on the motion and conclude that the motion should be granted.  We therefore dismiss the appeal.  As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant.  *See* TEX.R.APP.P. 42.1(d).

August 14, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.